FILED
FEB 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, v. INDA ELISA SALAZAR-PINEDA, Defendant.

Criminal Case No. 08CR577-H

I N F O R M A T I O N

Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony)

The United States Attorney charges:

On or about January 31, 2008, within the Southern District of California, defendant INDA ELISA SALAZAR-PINEDA, did knowingly and intentionally import approximately 16.32 kilograms (35.90 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 28, 2008 .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
2/28/08